UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TERRELL CUNNINGHAM<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>Defendants. | Case No. 20-cv-2191-EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a county inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on March 31, 2020.[1] Dkt. No. 1. Along with the complaint, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same day, the Clerk sent a notice advising Plaintiff that his IFP application was deficient because he failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing six months of transactions. Dkt. No. 3. Plaintiff was directed to file the necessary documents to support his IFP application within twenty-eight days of the notice, i.e., no later than May 8, 2020. *Id*. Plaintiff failed to file the proper documentation or filing fee in the time

---

[1] This case was reassigned to this Court on June 12, 2020. Dkt Nos. 7, 8.

provided, so on May 7, 2020, the Court *sua sponte* granted an extension of time to file a complete IFP application or pay the filing fee no later than twenty-eight days from the filing date, i.e., by June 4, 2020.  Dkt. No. 6.

The deadline has passed, and Plaintiff has not filed the necessary documents to complete his IFP application or pay the filing fee.  Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __6/23/2020__

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.20\02191Cunningham_dism-ifp.docx

2